THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CITY CHURCH EXTENSION AND MISSIONARY SOCIETY OF THE METHODIST EPISCOPAL CHURCH, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, Respondent.

*People ex rel. N. Y. City Church, etc., Socy.* v. *Coler,* 60 App. Div. 77, affirmed.
(Argued October 3, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April

25, 1901, which reversed an order of Special Term granting the motion of relator for a peremptory writ of mandamus requiring the defendant to pay an award made in a street opening proceeding together with interest on the same.

*Clarence C. Ferris* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs, on the prevailing opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.